# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 21- 8101MJ |
| Brandon Allen Sarabia | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(o) and 924(a)(2), an offense described as follows:

**See Attachment A -- Description of Count**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: Brett A. Day, AUSA  *BDay*

SA Alejandra Barrera, ATF
Name of Complainant

Signature of Complainant

Sworn to before me electronically
April 27, 2021                                    at    Phoenix, Arizona
Date                                                      City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNT
### Count 1

On or about April 8, 2021, in the District of Arizona, Defendant BRANDON ALLEN SARBIA did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Lightning Link," "Swift Link," or "AR-Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

Your Affiant, Alejandra Barrera, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. On March 25, 2021, your Affiant, opened an investigation regarding the suspected dealing and manufacturing of firearms in violation of the National Firearms Act (NFA) by Brandon SARABIA, a.k.a. Brandon LEON, (hereafter, "SARABIA"). Based on the facts set forth in this Affidavit, your Affiant believes that SARABIA has committed violations of 18 U.S.C. §§ 922(o) and 924(a)(2) (Transfer or possession of machinegun).

2. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 24, 2020. I am currently assigned to the Phoenix Field Division, Phoenix Field Office, Group I. As a Special Agent for the ATF, I have completed the Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT) for the ATF at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Prior to my employment with ATF, I was employed by the United States Secret Service (USSS) for four years as a Special Agent. While at the USSS, I had an integrated duty to protect and conduct financial investigations. I have worked in various capacities, such as in the Financial Task Force, Counterfeit Squad, and Counter Surveillance Division. I received specialized training in counterfeit currency detection, access device fraud techniques such as using skimmers, street gang organized crime investigations, and protective intelligence and threat assessment.

3. Prior to my employment with the USSS, I was employed with the United States Customs and Border Protection as an Officer (CBPO). As a CBPO, I enforced United States customs, immigration, and agricultural laws and regulations at the Nogales, Arizona port of entry. I performed inspections and interdicted the illegal entry of individuals, prohibited goods, and contraband.

4. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; analysis of public records; controlled purchases of a firearm and ammunition; analysis of social media information; and analysis of financial records. The information in this Affidavit is not a complete statement of all the facts related to this case.

## APPLICABLE FEDERAL FIREARMS LAWS

5. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience in firearms regulations and investigations, as well as the experience and training of other law enforcement officers with whom I have had discussions, I know the following:

6. The definition of a "machinegun" in the National Firearms Act (NFA), 26 U.S.C. § 5845(b) and in the Gun Control Act (GCA), 18 U.S.C. § 921(a)(23), includes any part or parts that are designed and intended solely and exclusively for use in converting a weapon into a machinegun. This language includes any weapon which shoots, is designed to shoot, or can be readily restored to shoot, by a single pull of the trigger, and initiates an automatic firing cycle that continues until the finger is released or the ammunition supply is exhausted.

7. The GCA states in 18 U.S.C. § 922(o) that machineguns manufactured on or after May 19, 1986, may only be transferred to or possessed by Federal, State, and local government agencies for official use.

## PROBABLE CAUSE

8. In the months of February and March 2021, Special Agent (SA) Alejandra Barrera and Task Force Officer (TFO) Andrew Barciz met with Confidential Informant #30411 (hereafter, "CI") who provided information about an individual who is selling and manufacturing "swift links" (machineguns) using a 3-D printer.

9. A swift link is used to convert a semi-automatic AR-15 style rifle to full-automatic. A semi-automatic rifle requires a single trigger-pull each time to fire a round and when the swift

link is added, the AR-15 style rifle will fire multiple rounds in a single trigger-pull making it a full-automatic weapon. Swift links are illegal, as they are a "machinegun," per the NFA and GCA definition of a machinegun. A machinegun is "any part or parts designed and intended solely and exclusively for use in converting a weapon into a machinegun," which is the sole purpose of a swift link. Individuals who evade federal firearms laws to obtain a full-automatic firearm, will manufacture swift links through a 3-D printing technology. 3-D printers are readily available to public consumers and can be inexpensive. 3-D printing requires a digital model of the object (here, a swift link) to print three dimensional solid objects from a variety of materials, like molten plastic and powders.

10. On March 15, 2021, the CI provided information on the Snapchat account of the individual manufacturing the swift links. It should be noted that the CI had purchased swift links from this individual in the past, some of which the CI has since provided to ATF. TFO Barciz and SA Barrera (or ATF agents/Law enforcement) have test fired the swift links provided by the CI, which successfully converted a semi-automatic AR-15 style rifle to a full-automatic weapon.

11. The information provided by the CI on March 15, 2021, included the Snapchat username of Brandon_leon61 and vanity name of "Y0gi." The CI described this subject as a Hispanic male, approximately 25 years old, and has sparse black facial hair. The CI stated the subject possibly serves in the military and at one time he worked at a shoe store. The CI also provided information that this subject recently purchased a silver Jeep in the early part of February from a dealership. The CI stated the subject possibly lived in the apartments located at Hermosa Drive and Mill Avenue in Tempe, Arizona.

12. On March 17, 2021, TFO Barciz drove to the area of Mill Avenue near Hermosa Drive and observed two apartment complexes on the west side. TFO Barciz drove through the complexes attempting to locate vehicles that matched the description provided by the CI and were recently registered to an individual named "Brandon." TFO Barciz was able to locate one probable match in the parking lot of Tides on South Mill Apartments located at 3730 S. Mill Ave., Tempe, AZ 85282. This vehicle was a 2012 silver Jeep Grand Cherokee with a temporary Arizona license plate of 181615B.

13. TFO Barciz ran records checks on this license plate and found it was issued to Brandon SARABIA on February 5, 2021. The Arizona Department of Transportation (ADOT) records indicated SARABIA's residential address was 3730 S. Mill Ave. Apt. E206, Tempe, AZ 85282. SARABIA has a date of birth of xx/xx/1997. TFO Barciz ran records checks on SARABIA's driver's license and found he had a status of "Veteran" applied to it. TFO Barciz reviewed SARABIA's driver's license photo and found him to be a Hispanic male with sparse black facial hair. TFO Barciz was further able to locate a Facebook profile for SARABIA and found a picture of SARABIA wearing what appeared to be a military type body armor vest. TFO Barciz noted the user of the profile had listed /Brandon.leon.167 as his contact for Facebook. This would appear to closely resemble the Snapchat username of Brandon_leon61. Past employment records were reviewed which showed SARABIA as being previously employed by Shoe Palace Co.

14. On March 23, 2021, SA Barrera and TFO Barciz met with the CI and showed him/her the most recent photo of SARABIA (AZDL photo) asking if this was the same person he/she knew as "Y0gi", Brandon_Leon61. The CI stated it was possibly him.

15. On March 29, 2021, at approximately 6:00 p.m., pursuant to Federal warrant 21-8072 MB, TFO's installed a vehicle tracking device on SARABIA's vehicle, the 2012 silver Jeep Grand Cherokee, bearing temporary AZ license plate number 181615B.

16. On a later date, SARABIA agreed to meet the CI to sell him/her (20) swift links for $400.00. On the predetermined date of the meeting, surveillance units set up at the meet location in the parking lot of SARABIA's residential apartments to observe the transaction between SARABIA and the CI. Approximately 90 minutes prior to the meet time, surveillance units observed SARABIA arrive in a silver Jeep Grand Cherokee and enter apartment E206. At the predetermined meet time, the CI met with SARABIA in the parking lot of SARABIA's residential apartments. The surveillance unit observed SARABIA exit apartment E206 to meet with the CI in the parking lot. The CI, while acting in an undercover capacity, purchased from SARABIA swift links for $400.00 in prerecorded agent cashier funds. SARABIA told the CI he could also make [print] suppressors for a .22 caliber and complete lower receivers [using the 3-D printer].

SARABIA said he has 3-D files for Glock switches and more, but he needed to go through all of his files. SARABIA said that some law enforcement officers may not know what a swift link is if they see one. SARABIA also stated he could print the swift links in multiple colors.

17. At the conclusion of the meeting, surveillance units observed SARABIA walk back to his apartment and go into apartment E206. The CI then departed the meet location while being followed by SA Barrera and TFO Barciz. The CI stopped at a predetermined location to meet with SA Barrera, TFO Barciz, and Group Supervisor (GS) Jason Schmidt, to provide the just purchased swift links. This transaction was captured on a digital audio recorder.

18. It should be noted SARABIA has told the CI on several occasions that he has access to the military armory.

19. On April 9, 2021, TFO Barciz and SA Barrera test fired the swift links at the Phoenix Regional Police Academy firing range located at 10001 S. 15th Ave., Phoenix, AZ 85041. The 19 white in color swift links were test fired using an AR-15 style rifle. TFO Barciz and SA Barrera separated the upper and lower receiver by pushing out the rear pin that holds it together and dropped a swift link in the lower receiver behind the trigger and connected the upper and lower receiver again with the pin. It should be noted that it took TFO Barciz approximately 10 seconds to separate the upper and lower receiver, place the swift link in the lower receiver, and put the firearm back together. TFO Barciz and SA Barrera inserted a loaded magazine into the firearm and test fired the rifle with the swift link inside. The AR-15 style rifle fired multiple rounds with a single pull of the trigger making it a full-automatic rifle. Per 26 U.S.C. § 5845(b), "any weapon which shoots ... automatically more than one shot ... by a single function of the trigger" is a machinegun, and "also include ... any part designed and intended solely and exclusively ... for use in converting a weapon into a machinegun." The one gray in color swift link [1 out of 20] was unable to be test fired due to suitability limitations with the rifle being used to test-fire. Therefore, it was submitted to the Firearms and Ammunition Technology Division (FATD) for final determination.

20. SA Barrera requested a query of SARABIA in the National Firearms Registration and Transfer Record (NFRTR), which maintains all registration and transfer records of firearms

5

classified under 26 U.S.C. § 5845 of the NFA. SA Barrera learned that SARABIA had no NFA firearms registered to him.

## REQUEST FOR AUTHORIZATION

21. Based on the foregoing, there is probable cause to believe that Brandon SARABIA committed violations of 18 U.S.C. § 922(o) and 924(a)(2) (Transfer or possession of machinegun).

22. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

23. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
ALEJANDRA BARRERA
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Subscribed and sworn to before me this __27__ day of April, 2021.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge